UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | Case No. |
| ) | |
| v. ) | |
| ) | |
| ANDREW BLAIR'S, LLC d/b/a ) | |
| ANDREW BLAIR'S, ANDREW H. ) | |
| HENSON and THOMAS B. HENSON, ) | |
| each individually, ) | |
| ) | |
| Defendants. ) | |

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN <u>LITIGATION</u>

Blues Traveler Publishing Corporation who is a Plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
    ( ) Yes           (X) No

2. Does party have any parent corporations?
    ( ) Yes           (X) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____
_____
_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
    ( ) Yes           (X) No

If yes, identify all such owners:
_____

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
     (X) Yes                    ( ) No

If yes, identify entity and nature of interest: <u>Other Plaintiffs</u>                    .
_____

This the 29th day of June, 2011.

WILLIAMS MULLEN

<u>/s/ M. Keith Kapp</u>
M. Keith Kapp
N.C. Bar #8850

<u>/s/ Jonathan R. Bumgarner</u>
Jonathan R. Bumgarner
N.C. Bar #31427
Attorneys for Plaintiffs
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4000
Fax: (919) 981-4300
kkapp@williamsmullen.com
jbumgarner@williamsmullen.com